UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVO NORDISK A/S and NOVO NORDISK, INC.,<br><br>                      Plaintiffs,<br><br>     -against-<br><br>ZEALTHY INC.,<br><br>                      Defendant. | 1:25-cv-06391 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

        In light of the strong presumption in favor of adjudication on the merits and that Plaintiff does not oppose the motion to set aside default judgment, the Court grants the pending motion at ECF No. 16 and vacates the Clerk's Certificate of Default docketed at ECF No. 14. Defendant Zealthy shall answer or otherwise respond to the complaint by November 3, 2025.

**SO ORDERED.**

Dated:  October 10, 2025
          New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**