USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOVO NORDISK A/S and NOVO NORDISK, INC., <br><br> **Plaintiffs,** <br><br> -against- <br><br> ZEALTHY INC., <br><br> **Defendant.** | 1:25-cv-06391 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On November 3, 2025, 2025, Defendant filed a letter with this Court requesting a pre-motion conference on filing a proposed motion to dismiss. ECF No. 84. Per this Court's Individual Rules, upon the filing of such a letter motion, the non-moving party must, within three business days, submit a letter, not to exceed three pages, setting forth its position. Accordingly, Plaintiff is **ORDERED** to respond to Defendant's letter motion by **November 7, 2025**, indicating its position.

**SO ORDERED.**

Dated:   November 4, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**