USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/24/25_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NOVO NORDISK A/S and NOVO NORDISK, INC.,<br><br>           Plaintiffs,<br><br>     -against-<br><br> ZEALTHY INC.,<br><br>           Defendant. | **1:25-cv-06391 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On November 3, 2025, 2025, Defendant filed a letter with this Court requesting a pre-motion conference on filing a proposed motion to dismiss.  ECF No. 20.  On November 7, 2025, Plaintiffs responded indicating their position. ECF No. 22. The Court hereby **DENIES** Defendant's request for a pre-motion conference. The Court **GRANTS** Defendant leave to file its motion to dismiss and sets the following briefing schedule:

Defendant's opening brief due by **December 15, 2025.**

Plaintiff's opposition brief due by **January 9, 2026.**

Defendant's reply brief due by **January 23, 2026.**

**SO ORDERED.**

**Dated:    November 24, 2025**
          **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**